**PENNEY, MAIER & WALLACH**

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007



FILED MAY -5 2010 BANKRUPTCY COURT BUFFALO, NY

receipt # 11089813 $1.17

May 3, 2010

TO: Creditors of Hoyt H. Desso and MaryAnn E. Desso, Debtors
Case No. 09-12790K
United States Bankruptcy Court
Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure

Case 1-09-12790-MJK   Doc 58   Filed 05/05/10   Entered 05/05/10 13:23:23   Desc Main
Document      Page 1 of 2

# Claims Proposed Distribution
## Case: 09-12790  DESSO, HOYT H
Report Includes ONLY Claims with a Proposed Distribution



| Case Balance: | $6,759.94 | Total Proposed Payment: | $6,759.94 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | CASH REALTY & AUCTIONS LLC | Admin Ch. 7 | 175.00 | 175.00 | 0.00 | 175.00 | 175.00 | 6,584.94 |
|  | <3620-00 Auctioneer for Trustee Expenses> | | | | | | | |
|  | CASH REALTY & AUCTIONS LLC | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 6,334.94 |
|  | <3610-00 Auctioneer for Trustee Fees (including buyers premiums)> | | | | | | | |
|  | MARK S. WALLACH | Admin Ch. 7 | 3.84 | 3.84 | 0.00 | 3.84 | 3.84 | 6,331.10 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
|  | MARK S. WALLACH | Admin Ch. 7 | 1,425.99 | 1,425.99 | 0.00 | 1,425.99 | 1,425.99 | 4,905.11 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 13.26 | 13.26 | 0.00 | 13.26 | 13.26 | 4,891.85 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 663.00 | 663.00 | 0.00 | 663.00 | 663.00 | 4,228.85 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Chase Bank USA, N.A. | Unsecured | 17,911.47 | 17,911.47 | 0.00 | 17,911.47 | 934.35 | 3,294.50 |
| 2 | Chase Bank USA, N.A. | Unsecured | 11,739.02 | 11,739.02 | 0.00 | 11,739.02 | 612.36 | 2,682.14 |
| 3 | Chase Bank USA, N.A. | Unsecured | 9,362.40 | 9,362.40 | 0.00 | 9,362.40 | 488.38 | 2,193.76 |
| 5 | Chase Bank USA,N.A | Unsecured | 921.75 | 921.75 | 0.00 | 921.75 | 48.08 | 2,145.68 |
| 6 | U. S. Department of Education | Unsecured | 12,311.98 | 12,311.98 | 0.00 | 12,311.98 | 642.25 | 1,503.43 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 22.50 | 22.50 | 0.00 | 22.50 | 1.17 | 1,502.26 |
| 8 | PRA Receivables Management, LLC | Unsecured | 28,798.47 | 28,798.47 | 0.00 | 28,798.47 | 1,502.26 | 0.00 |
|  | Total for Case 09-12790 : | | $83,598.68 | $83,598.68 | $0.00 | $83,598.68 | $6,759.94 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,531.09 | $2,531.09 | $0.00 | $2,531.09 | 100.000000% |
| Total Unsecured Claims : | $81,067.59 | $81,067.59 | $0.00 | $4,228.85 | 5.216450% |